**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORY DEAN RUNGE,<br><br>          Petitioner,<br><br>     v.<br><br>MR. HEDGPETH,<br><br>          Respondent. | NO. EDCV 09-1603-PA (MAN)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: August 27, 2009.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE